IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KYRAN JONES, | § | |
| | § | |
| Defendant Below, | § | No. 315, 2017 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1307021270A |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 7, 2018
Decided: March 8, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# **O R D E R**

This 8th day of March 2018, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in the Commissioner's Report and Recommendation dated June 6, 2017, adopted by the Superior Court's Order dated July 13, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] Commissioner's Report and Recommendation on Defendant's Motion for Postconviction Relief, *State v. Jones*, 2017 WL 2465194, at *1 (Del. Super. June 6, 2017), *adopted by State v. Jones*, Cr. ID No. 1307021270A (Del. Super. July 13, 2017).